**ORTHO–McNEIL PHARMACEUTI-CAL, INC., Plaintiff–Appellee,**

v.

**MYLAN LABORATORIES, INC. and Mylan Pharmaceuticals, Inc., Defendants–Appellants.**

No. 2007–1041.

United States Court of Appeals, Federal Circuit.

April 12, 2007.

ON MOTION

*ORDER*

Upon consideration of Ortho–McNeil Pharmaceutical, Inc.'s unopposed motion to dismiss this appeal as moot,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Walter ROSADO, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SE-CURITY, Bureau of Customs and Border Protection, Respondent.**

No. 2007–3116.

United States Court of Appeals, Federal Circuit.

April 12, 2007.

Walter Rosado, pro se.

ON MOTION

*ORDER*

Walter Rosado ("Rosado") moves without opposition for reconsideration of the court's March 14, 2007, order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination.

Rosado has now submitted a Rule 15(c) statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 14, 2007 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Rosado's brief is due on or before May 3, 2007.